JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERALD J. WILSON,

          Petitioner,

     v.

JAMES HILL, Warden,

          Respondent.

Case No. 2:25-cv-09423-KK-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED:  February 19, 2026

_____

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE